UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

USA for the use and benefit of
Providence Painting, Inc.,

    Plaintiff,

v.                                    CASE NO. 3:14-cv-367-J-20MCR

SAUER INCORPORATED and
FEDERAL INSURANCE COMPANY,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 64), addressing Defendants' Motion for Sanctions (Dkt. 61) and Memorandum of Law in Support thereof (Dkt. 62). The Magistrate Judge recommended that the Motion for Sanctions be granted to the extent that Plaintiff's Complaint be dismissed without prejudice and denied without prejudice to the extent that the Motion requested that all costs be assessed against Plaintiff.

No objections were filed to the Report and Recommendation. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 64) is adopted;

2. Defendants' Motion for Sanctions (Dkt. 61) is **GRANTED** to the extent that Plaintiff's Complaint is **DISMISSED without prejudice**, but the Motion is **DENIED without prejudice** to the extent that the Motion requested that all costs be assessed against Plaintiff.

3. This case is **DISMISSED without prejudice**; and

4. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 2-2 day of December, 2015.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Monte C. Richardson
Providence Painting, Inc.
   Attn: Gerald Kressner
   428 Blairhill Road
   Charlotte, North Carolina 28217
Joseph R. Young, Esq.